FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2013 SEP 18  PM 2: 48

DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

PEDRO "PETE" BENEVIDES

CASE NO. 6:13-cr- 234-OrL- 31KRS
18 U.S.C. § 1349
18 U.S.C. § 1344
18 U.S.C. § 1014
18 U.S.C. § 982 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### Introduction

At times material to this Indictment:

1. **PEDRO "PETE" BENEVIDES ("BENEVIDES")** resided in Lake County, Florida. **BENEVIDES** controlled the following Florida companies, among others, that operated in Lake and Orange Counties, Florida, and elsewhere: Superior International Investment Corporation (SIIC); ABC Auto Wholesalers, Inc.; Skyview Aviation, Inc.; Fidelity Investment Group LLC; PBJB Best Investment LLC; Divello Family LLC; and Leesburg Title and Escrow Company.

2. First Commercial Bank, M&I Bank, Orion Bank, Community Bank of Florida, Bank of Wyoming, Washington Mutual Bank, JPMorgan Chase Bank, and Whitney National Bank were financial institutions, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

## COUNT ONE
**(Conspiracy to Commit Bank Fraud)**

3.      The allegations contained in paragraphs 1 and 2 of this Indictment are repeated and realleged as if fully set forth herein for Count One.

4.      Beginning on a date unknown to the Grand Jury, but no later than in or about 2005, and continuing until in or about September 2008, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**PEDRO "PETE" BENEVIDES**

the defendant herein, did knowingly, willfully, and intentionally, combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to execute and attempt to execute a scheme and artifice to defraud First Commercial Bank, M&I Bank, Orion Bank, Community Bank of Florida, Bank of Wyoming, Washington Mutual Bank, JPMorgan Chase Bank, and Whitney National Bank, each of which were financial institutions the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC), and to obtain moneys and funds owned by and under the custody and control of First Commercial Bank, M&I Bank, Orion Bank, Community Bank of Florida, Bank of Wyoming, Washington Mutual Bank, JPMorgan Chase Bank, and Whitney National Bank by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

2

**Manner and Means**

5.     It was a part of the conspiracy that **BENEVIDES** would and did obtain bank accounts in Central Florida in his own name and the names of entities he controlled for the purpose of receiving and disbursing funds to commit, perpetuate, and conceal the fraudulent scheme described in the following paragraphs.

6.     It was further a part of the conspiracy that **BENEVIDES** would and did obtain and seek to obtain funds, loans, mortgages, and lines of credit from federally-insured financial institutions, including First Commercial Bank, M&I Bank, Orion Bank, Community Bank of Florida, Bank of Wyoming, Washington Mutual Bank, JPMorgan Chase Bank, and Whitney National Bank.  It was further a part of the conspiracy that **BENEVIDES** would and did submit and cause the submission of documents to those financial institutions that contained materially false and fraudulent pretenses, representations, and promises.  In particular, **BENEVIDES** would and did submit and cause the submission of documents to those financial institutions that, among other things: (a) contained false information concerning the income and assets of the person or entity in whose name **BENEVIDES** sought the loans, mortgages, and lines of credit; (b) were false and forged business and personal tax return documents; (c) were false and forged financial statements that purported to be from financial institutions; (d) were false and forged bank statements; (e) were a false and forged official

check; and (f) were false and forged correspondence from Leesburg Title and Escrow Company that purported to show funds held for the benefit of entities that **BENEVIDES** controlled, which funds did not actually exist. On occasion, **BENEVIDES** also would and did submit to the financial institutions materially false loan applications supported by the foregoing false documents and would and did sign documents certifying to the accuracy of the foregoing false documents.

      7.    It was further a part of the conspiracy that in reliance upon the materially false and fraudulent pretenses, representations, and promises contained within the documents submitted by and caused to be submitted by **BENEVIDES** to federally-insured financial institutions, those federally-insured financial institutions, including First Commercial Bank, M&I Bank, Orion Bank, Community Bank of Florida, Bank of Wyoming, Washington Mutual Bank, JPMorgan Chase Bank, and Whitney National Bank, would and did provide funds, loans, mortgages, and lines of credit to **BENEVIDES** and entities controlled by **BENEVIDES**.

      8.    It was further a part of the conspiracy that **BENEVIDES** would and did perpetuate and conceal his fraudulent scheme by using the funds, loans, mortgages, and lines of credit he obtained through the fraud charged in this Indictment to pay the interest and principal on other loans, mortgages, and lines of credit that he obtained through the fraud charged in this Indictment.

4

9.     It was further a part of the conspiracy that **BENEVIDES** would and did use the funds, loans, mortgages, and lines of credit that he obtained through fraud for his own purposes and to fund his lifestyle and other businesses he controlled.

10.     It was further a part of the conspiracy that **BENEVIDES** would and did perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the scheme and the acts committed in furtherance of the scheme.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH TEN
### (Bank Fraud)
### The Scheme to Defraud

11.     The allegations contained in paragraphs 1 and 2 and 5 through 10 of this Indictment are repeated and realleged as if fully set forth herein for each of Counts Two through Ten.

12.     Beginning on a date unknown to the Grand Jury, but no later than in or about 2005, and continuing until in or about September 2008, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### PEDRO "PETE" BENEVIDES

the defendant herein, aided and abetted by others, devised and participated in a scheme and artifice to defraud First Commercial Bank, M&I Bank, Orion Bank, Community Bank of Florida, Bank of Wyoming, Washington Mutual Bank,

JPMorgan Chase Bank, and Whitney National Bank, each of which were financial institutions, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC), and to obtain moneys and funds owned by and under the custody and control of First Commercial Bank, M&I Bank, Orion Bank, Community Bank of Florida, Bank of Wyoming, Washington Mutual Bank, JPMorgan Chase Bank, and Whitney National Bank by means of materially false and fraudulent pretenses, representations, and promises.

## Manner and Means

13.    The substance of the scheme and artifice to defraud and its manner and means are set forth in paragraphs 5 through 10 of Count One of this Indictment, the allegations of which are repeated and realleged as if fully set forth herein.

## Executions of the Scheme

14.    On or about the dates alleged in the table below, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

## PEDRO "PETE" BENEVIDES

the defendant herein, aided and abetted by others, knowingly executed and attempted to execute the scheme and artifice to defraud First Commercial Bank, M&I Bank, Orion Bank, Community Bank of Florida, Bank of Wyoming, Washington Mutual Bank, JPMorgan Chase Bank, and Whitney National Bank, each of which is a financial institution, the deposits of which are insured by the

FDIC, as described above, and knowingly executed and attempted to execute the scheme and artifice to obtain moneys, funds, and credits owned by and under the custody or control of First Commercial Bank, M&I Bank, Orion Bank, Community Bank of Florida, Bank of Wyoming, Washington Mutual Bank, JPMorgan Chase Bank, and Whitney National Bank by means of materially false and fraudulent pretenses, representations, and promises, as described above, in that **BENEVIDES** obtained and attempted to obtain the following funds, on or about the following dates, amongst other moneys, funds, and credits obtained during the course of the fraudulent scheme:

| Count | Date | Amount | Mortgage, Loan, or Line of Credit - Financial Institution |
|---|---|---|---|
| Two | March 16, 2007 | $4,550,000 | Refinance of the Residence at Silver Lake Drive, Leesburg, Florida<br><br>Washington Mutual |
| Three | April 21, 2007 | $1,000,000 | Home Equity Line of Credit for the Residence at Silver Lake Drive, Leesburg, Florida<br><br>Washington Mutual |
| Four | May 24, 2007 | $1,974,000 | Refinance of the Residence at Wonder Lane, Windermere, Florida<br><br>Washington Mutual |

| Count | Date | Amount | Mortgage, Loan, or Line of Credit - Financial Institution |
|-------|------|--------|-----------------------------------------------------------|
| Five | Oct. 24, 2007 | $435,800 | Home Equity Line of Credit for the Residence at Corkwood Lane, Astatula, Florida<br><br>M&I Bank |
| Six | May 23, 2008 | $7,500,000 | Purchase Mortgage for the Days Inn at Hamden Drive, Clearwater, Florida<br><br>Whitney Bank |
| Seven | June 5, 2008 | $5,284,000 | Purchase Mortgage for the Knights Inn at International Drive, Orlando, Florida<br><br>Community Bank of Florida |
| Eight | July 1, 2008 | $382,150 | Purchase Mortgage for Condominium in Clearwater, Florida<br><br>JP Morgan Chase |
| Nine | Sept. 29, 2008 | $2,000,000 | Line of Credit on the Mobile Home Park in Jensen Beach, Florida<br><br>Orion Bank |
| Ten | Sept. 29, 2008 | $7,250,000 | Refinance of the Clearwater Hotel at Hamden Drive, Clearwater, Florida<br><br>Orion Bank |

All in violation of Title 18, United States Code, Sections 1344 and 2.

8

## COUNTS ELEVEN THROUGH NINETEEN
### (False Statements to Federally-Insured Financial Institutions)

15.    The allegations contained in paragraphs 1 and 2, 5 through 10, and 14 of this Indictment are repeated and realleged as if fully set forth herein for each of Counts Eleven through Nineteen.

16.    On or about the dates set forth below, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### PEDRO "PETE" BENEVIDES

the defendant herein, aided and abetted by others, did knowingly make and cause to be made a material false statement and report for the purpose of influencing the actions of First Commercial Bank, M&I Bank, Orion Bank, Community Bank of Florida, Bank of Wyoming, Washington Mutual Bank, JPMorgan Chase Bank, and Whitney National Bank, each of which is a financial institution the deposits of which are insured by the FDIC, in connection with the loans described in the chart below, in that the defendant overstated his own income and assets and that of companies the defendant controlled, when in truth and in fact, as the defendant well knew, the defendant and the companies controlled by the defendant had less income and assets than that represented to the financial institutions:

9

| Count | Date of the Loan | The Loan | The Documents that Contained False Statements as to Income and/or Assets |
|---|---|---|---|
| Eleven | March 16, 2007 | Loan Described in Count Two<br><br>Washington Mutual | Loan Application<br><br>Leesburg Title and Escrow letter stating escrow amounts of $13,116,781<br><br>Wachovia bank statements (Nov. - Dec. 2006) from ABC Auto Wholesalers showing $1.7 million<br><br>Certified Public Accountant letter from Quickbooks Solutions, Inc. |
| Twelve | April 21, 2007 | Loan Described in Count Three<br><br>Washington Mutual | Loan Application<br><br>Leesburg Title and Escrow letter stating escrow amounts of $13,116,781<br><br>Wachovia bank statements (Nov. - Dec. 2006) from ABC Auto Wholesalers showing $1.7 million<br><br>Certified Public Accountant letter from Quickbooks Solutions, Inc. |
| Thirteen | May 24, 2007 | Loan Described in Count Four<br><br>Washington Mutual | Loan Application<br><br>Wachovia bank statements (Dec. 2006 and Jan. 2007) from ABC Auto Wholesalers showing $1.7 million<br><br>Leesburg Title and Escrow letter stating escrow amounts of $13,116,781 |

| Count | Date of the Loan | The Loan | The Documents that Contained False Statements as to Income and/or Assets |
|---|---|---|---|
| Fourteen | Oct. 24, 2007 | Loan Described in Count Five<br><br>M&I Bank | Loan Application<br><br>Personal Financial Statement for BENEVIDES<br><br>Individual Income Tax Returns for BENEVIDES for 2005 - 2006<br><br>Corporate Income Tax Returns for SIIC for 2005<br><br>Corporate Income Tax Returns for ABC Auto Wholesalers for 2005 |
| Fifteen | May 23, 2008 | Loan Described in Count Six<br><br>Whitney National Bank | Personal Financial Statements for BENEVIDES<br><br>Certifications to the accuracy of BENEVIDES' financial information<br><br>Individual Income Tax Returns for BENEVIDES for 2005, 2006, 2007<br><br>Tax status affidavits<br><br>Leesburg Title and Escrow letter stating escrow amounts of $9,983,662 |

| Count | Date of the Loan | The Loan | The Documents that Contained False Statements as to Income and/or Assets |
|---|---|---|---|
| Sixteen | June 5, 2008 | Loan Described in Count Seven<br><br>Community Bank of Florida | Personal Financial Statement for BENEVIDES<br><br>Individual Income Tax Return for BENEVIDES for 2006 |
| Seventeen | July 1, 2008 | Loan Described in Count Eight<br><br>JP Morgan Chase | Loan Application<br><br>Individual Income Tax Return for BENEVIDES for 2006 and 2007<br><br>Bank of America personal bank statements (Jan. 2008 and May 2008)<br><br>Bank of America Cashier's Check |
| Eighteen | Sept. 29, 2008 | Loan Described in Count Nine<br><br>Orion Bank | Personal Financial Statement for BENEVIDES<br><br>Certification to the accuracy of BENEVIDES' financial information<br><br>Individual Income Tax Returns for BENEVIDES for 2005-2007<br><br>Corporate Income Tax Returns for Divello LLC for 2005-2007 |

| Count | Date of the Loan | The Loan | The Documents that Contained False Statements as to Income and/or Assets |
|---|---|---|---|
| Nineteen | Sept. 29, 2008 | Loan Described in Count Ten<br><br>Orion Bank | Personal Financial Statement for BENEVIDES<br><br>Certification to the accuracy of financial information<br><br>T. Rowe Price letter showing $1.7 million in BENEVIDES' account<br><br>Leesburg Title and Escrow letter stating escrow amounts of $7,343,764<br><br>Individual Income Tax Returns for BENEVIDES for 2005-2007<br><br>Corporate Income Tax Returns for Divello LLC for 2005-2007<br><br>Corporate Income Tax Returns for SIIC for 2005-2007 |

All in violation of Title 18, United States Code, Section 1014 and 2.

## FORFEITURE

1.      The allegations contained in Counts One through Nineteen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(A).

2.      The defendant, **PEDRO "PETE" BENEVIDES**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all right, title, and interest he has in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violations.

3.      Specifically, the property to be forfeited includes, but is not limited to, a sum of money equal to at least $44,059,565, which represents the proceeds from the conspiracy charged in Count One.

4.      If any of the property described above as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

14

under the provisions of Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Sections 982(b)(1).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney


By:  _____
Daniel C. Irick
Assistant United States Attorney

By:  _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

## UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

### THE UNITED STATES OF AMERICA

vs.

### PEDRO "PETE" BENEVIDES

## INDICTMENT

Violations:

18 U.S.C. § 1344
18 U.S.C. § 1349
18 U.S.C. § 1014

A true bill,

_____
Foreperson

Filed in open court this day _____

of September, 2013.

_____
Clerk

Bail  $_____