UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  6:13-cr-234-Orl-31KRS

PEDRO BENEVIDES

---

## ORDER

This case came on for hearing today on the Government's In Camera Motion for the Issuance of an Arrest Warrant and Revocation of the Defendant's Pretrial Release and Bond (Doc. 31).  The Court's findings made on the record at the conclusion of the hearing are incorporated and made a part of this Order.

The Court finds probable cause to believe that Defendant Pedro Benevides has committed a crime while on release, to wit: knowingly and actively participating in furnishing false real estate leases to a Florida real estate appraiser to influence the appraiser in connection with the preparation of a real estate appraisal.

The Court further finds, based upon the factors set forth in 18 U.S.C. § 3142(g), that there is no condition or combination of conditions of release that will assure that the Defendant will not pose a danger to the safety of any other person or the community if released.  The Court also finds that Defendant is unlikely to abide by any condition or combination of conditions of release.

Accordingly, Defendant's bail is REVOKED and he is REMANDED to the custody of the United States Marshal pending further order of Court.

At the hearing, the Government agreed to provide Defendant with certain

discovery in connection with the allegations in its motion and the Court agreed to entertain a defense motion for bail should Defendant elect to file same.

DONE AND ORDERED in Orlando, Florida, on February 10, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel
Defendant
Pretrial Services
United States Marshal Service